UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-17760 |
| Dru L Sabres | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | Cook |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY

THIS CAUSE coming to be heard on the motion of Wells Fargo Bank, N.A., a secured creditor herein, for relief from the automatic stay and co-debtor stay, the Court having jurisdiction over the subject matter and due notice having been given; and it appearing to the Court that the mortgage held by said creditor is in default and that the security interest of said creditor is not adequately protected:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that Wells Fargo Bank, N.A. its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) and Section 1301(c) by modifying said stay and co-debtor stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 6456 N. Oxford Avenue, Chicago, IL 60631.

(2) No further payments are to be disbursed to Wells Fargo Bank, N.A. on its secured claim.

(3) Rule 4001(a)(3) is waived and Wells Fargo Bank, N.A. may immediately enforce and implement this order granting relief from the automatic stay

Enter:

Honorable William V. Altenberger
United States Bankruptcy Judge

Dated:  August 23, 2016

**Prepared by:**

Joel P. Fonferko  ARDC#6276490
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-16-07896)