UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    DRU L SABRES

          Debtor(s)

Case No. 16-17760-CAD

Chapter 13

**CHAPTER 13 STANDING TRUSTEE FRBP 2012 REPORT**
**ACCOUNTING OF PRIOR ADMINISTRATION OF CASE**

For the period from the petition date through November 26, 2020, M. O. Marshall, successor chapter 13 trustee, for the above-captioned case, submits the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $45,276.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$45,276.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,148.44 |
| Other | $0.00 |
| Secured Creditors | $13,797.26 |
| Priority Creditors | $0.00 |
| General Unsecured Creditors | $25,330.29 |
| **Total Disbursements & Expense of Administration:** | **$45,275.99** |

| | |
|---|---:|
| **Balance Transferred to Successor Trustee** | **$0.01** |

Dated: 12/19/2020

/s/ M. O. Marshall
Chapter 13 Successor Trustee
55 East Monroe St., Suite 3850
Chicago, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  Case No. 16-17760-CAD
    DRU L SABRES

                        Debtor(s)  Chapter 13

**CERTIFICATE OF SERVICE**

I hereby certify that on 12/19/2020, a copy of the foregoing Chapter 13 Trustee FRBP 2012 Report was served on the following registered ECF participants, electronically through the Court's ECF system at the email address registered with the Court:

Patrick S. Layng, United States Trustee
M. O. Marshall
CUTLER & ASSOC

and on the following by ordinary U.S. Mail addressed to:

DRU L SABRES
7626 N OKETO
NILES, IL  60714

                                                  /s/ M. O. Marshall
                                                  M. O. Marshall
                                                  Chapter 13 Standing Trustee